UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60776-CIV-DIMITROULEAS

ZENAIDA VARGAS o/b/o
ROBERT DIAZ,

        Magistrate Judge Rosenbaum

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**ORDER APPROVING REPORT AND RECOMMENDATION
AND FINAL ORDER CLOSING CASE**

THIS CAUSE is before the Court upon the Plaintiff's Motion for Summary Judgment [DE 14], the Defendant's Motion for Summary Judgment [DE 16] and the Report and Recommendation [DE 22] of Magistrate Judge Robin S. Rosenbaum, dated July 31, 2008.  The Court notes that neither party has filed any objections to the Report and Recommendation and that the time for filing such objections has passed.

As no timely objections were filed, the Magistrate Judge's factual findings in the Report and Recommendation are hereby adopted and deemed incorporated into this opinion.  Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), *cert. denied* 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  As to the legal conclusions of the Magistrate Judge, despite the failure of the parties to file objections to the Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the entire court record herein, including the underlying Motion and the Report and Recommendation, and is otherwise fully advised in the premises.

In her Report, the Magistrate recommends that the Court Grant the Plaintiff's Motion for

Summary Judgment and Deny the Defendant's Motion for Summary Judgment.  The Court agrees with the reasoning and analysis of the Magistrate Judge that good cause exists for a remand under the facts and circumstances of this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 22] is hereby **ADOPTED**;

2. The Plaintiff's Motion for Summary Judgment [DE 14], is hereby **GRANTED**;

3. The Defendant's Motion for Summary Judgment [DE 16] is hereby **DENIED**;

4. This cause is hereby **REVERSED AND REMANDED** for further development of the record to determine whether the Claimant suffers from bipolar disorder and, if so, whether Claimant is disabled and, therefore, entitled to benefits.

5. All other pending motions are denied as moot;

6. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of August, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Rosenbaum

Counsel of record